UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

    Plaintiff,

v.

TREASURE ENTERPRISE LLC,               No. 17-cv-10963
PATRICIA ENRIGHT GRAY and LARRY    Hon. Marianne O. Battani
ALLEN HOLLEY

    Defendants,

and

KINGDOM ASSET MANAGEMENT LLC
and CARLEEN RENEE HOLLEY,

    Relief Defendants
_____/

## RECEIVER' FIFTH STATUS REPORT

Patrick O'Keefe and O'Keefe & Associates Consulting, LLC (the "Receiver"), hereby submit the Receiver's Fifth Status Report (the "Status Report"), for the time period July 1, 2018 through December 31, 2018.

### INTRODUCTION

This civil action was initiated by the United States Securities and Exchange Commission against the above-named defendants and relief defendants (collectively, the "Defendants") on the basis that they had, among other things, engaged in unlawful conduct in offering investments to various investors, in violation of existing law. As part of the lawsuit, a Sealed Order Appointing Receiver was entered by the Court on March 28, 2017, as amended by the Second Order dated June 9, 2017, as amended by the Third Order dated June 14, 2018 and as amended by the Fourth

Order dated July 9, 2018 (collectively referred to as the Receivership Order). Pursuant to the Receivership Order, the Receiver was appointed over all of the assets of the Defendants (the "Receivership Estates").

**RECEIVER'S REPORT**

A. During the time period covered by this Status Report and since the Receivership began on March 28, 2017, the Receiver has undertaken a multitude of tasks.

1. *Accounting/Auditing.*

The Receiver received various information from the Defendants, recovered records and gathered information from interviews with current employees, and updated the accounting records of the Receivership Estates. The Receiver processed for payment post-receivership invoices and collected post-receivership rents.

2. *Asset Analysis.*

The Receiver took possession of various property records of the Receivership Estates to create a master list of owned properties, a tenant list and rent roll. This included an extensive review of the physical records, tax and property information provided by the county treasurer's office, meetings with the Defendants and a review of databases under the previous control of the Defendants. The Receiver met with the county treasurer's office and obtained an extension through March 31 2020 on all pending tax foreclosure sales of the Receivership Estates' assets. The Receiver engaged First American Title to undertake various title searches of the Receivership Estates' assets, to confirm ownership, reviewed various leases to determine extension deadlines and terms to be negotiated and reviewed the SEV of the Receivership Estates' assets to develop an overall analysis of the value of the Receivership Estates' assets. The Receiver

2

regularly visits the properties to address repair and maintenance issues and to determine their overall condition. The Receiver met with brokers and toured various properties with those brokers to obtain broker opinions of value and to determine the broker to be engaged and continuously meets with the chosen broker to update the sales strategy and offering prices for the Receivership Estates' assets. The Receiver, through his attorney, also negotiated the restructuring of the mortgages on 6059 Brookstone and 3169 Beecher, and interfaced with counsel regarding the restructuring, ultimately reducing the interest rate on the mortgage by more than 13% on the Brookstone property and 4% on the Beecher property, a significant savings to the receivership estate.

3.   *Asset Disposition.*

The Receiver, based on the inventory of Receivership Estate assets, undertook various steps to monetize those assets, including continued touring of and review of the various properties, continued discussions with the county treasurer regarding the postponement of the foreclosure of properties subject to tax sale, discussions with potential purchasers of various properties and touring and sharing diligence materials on those properties with the potential purchasers. The Receiver also interfaced with existing and future tenants of the properties, reviewed and negotiated leases and lease addendums with existing tenants.

Specifically, the Receiver handled the following matters:

4510 Dort Highway. This property was not owned by the Defendants, but instead was titled in the name of Abundant Life Ministries. The Receiver determined that the property should have been titled in the name of Defendant Treasure Enterprise, LLC. It has anticipated equity of $300,000 were it to be sold in the open market. After

3825802.v1

negotiating with the title holder, the Receiver was able to negotiate a deal with Abundant Life ministries to cash out the Estates' interest for $260,000 plus the back rent owed. The Receiver provided its counsel with various due diligence materials related to this property, including leases and rents collected since the date of filing of the receivership proceeding and ultimately closed the transaction on December 11, 2018.

3201 Flushing. During this period, the Receiver reviewed the purchase agreement for 3201 Flushing and engaged in diligence regarding title issues. The land contract has now expired and the Receiver is still in negotiations with the buyer to close the transaction in the first quarter of 2019.

708 South Franklin. During this period, the Receiver interfaced with the buyer and his lender to facilitate a closing. The buyer ultimately was unable to obtain financing. We anticipate closing this transaction in the first quarter 2019.

4488 West Bristol. The Receiver worked extensively with its counsel and with the title company to clear up old liens on this property, in order to clear title to the same. The purchaser of this property, post-court approval, determined through its due diligence that it was not prepared, at that time, to proceed to close and therefore, the closing has not yet occurred. The Receiver conferred with its counsel as to next steps regarding this property and the Receiver, through its counsel, received an offer for the property from one of the lien claimants on this property. Several parties have expressed verbal interest in acquiring this property for less than half of the asking price. At this time the property is not under contract.

3069 Brookstone. The property located at 3069 Brookstone was being used as a principal residence by Defendant Larry Holley. During this period, the Receiver received

a purchase agreement and is optimistic the transaction will close in the first quarter of 2019.

Remaining properties

The Broker has continued to utilize 7 different web-based marketing platforms. This marketing process produced:

- Over 100,000 unique searches on LoopNet.
- 6,500 individual site searches of individual property profiles
- Over 150 official property tours
- 26 bona fide written offers

The Receiver has accepted an offer, has court approval and is moving toward a close in the first quarter for the following properties:

- 1174 Robert T Longway, Flint, MI
- 1198 Robert T. Longway, Flint, MI
- 2029 South Elms, Swartz Creek, MI
- 4215 Pasadena, Flint Twp, MI

In addition, the Receiver is negotiating with a buyer for the balance of the commercial properties and hopes to be filing a motion for approval of the sale. The buyer is completing his due diligence.

To date, we have sold and/or closed on the following commercial properties, pursuant to the Court's orders, and netted the following amounts to the estate:

- 932 Beach Street, Flint MI                        $   76,707.70
- 1600 S. Saginaw, Flint, MI                        $   14,522.83
- 2716 Wadsworth, Saginaw, MI                       $   61,638.73
- 3169 Beecher Road, Flint Twp., MI                 $  482,145.94
- 3401 Emerson, Flint, MI                           $   17,950.11
- 4403 Clio Road, Mt. Morris Twp., MI               $  402,171.37

In addition, one property that was under a Land Contract paid off the balance and after expenses the estate netted the following:

- 2715 Averill, Flint MI                                   $115,321.26

The Receiver continues to market all of the commercial properties and the land contracts to potential investors. The Receiver is also in discussions with two different potential buyers for the remaining commercial properties including turning over ownership of certain properties to the Genesee County Land Bank where the property taxes exceed the net available proceeds from the sale of such properties.

4. *Business Operations.*

The Receiver continues to maintain insurance coverage on the Receivership Estates' assets, engage in various discussions with tenants over maintenance/leasing issues, fielded investor questions, pay invoices to vendors/utilities, process rent receipts, negotiate new leases, hold meetings with landlord-tenant counsel to review the status of eviction proceedings and additional proceedings to be initiated, engage new contractors for repair and maintenance items, review the overall utility obligations related to the properties and negotiate with the utilities regarding payment obligations due. The Receiver also reviewed new lease proposals and negotiated the same, obtained new insurance quotes, reviewed various documents under the control of the IRS, updated investor and asset lists and a master matrix for initiation of a claims process and received and responded to numerous investor calls and updated the Receivership web site for investor communications and use.

5. *Case Administration.*

The Receiver's counsel is working diligently to validate the claims submitted by over 150 investors and has worked with the SEC to locate investors. The process is time

3825802.v1

consuming but a final list of investors with their validated claims should be ready to submit to the court in the first quarter 2019.

6. *Tax Issues.*

The Receiver is working to resolve a State of Michigan tax lien that he believes is overstated. Consequently, when a property is sold, the title company holds in escrow an amount equal to the potential liability, in some cases leaving no proceeds to the estate from the sale. Currently the title company is holding approximately $76,000 for a liability that is less than $15,000. The Receiver believes the issue will be resolved in the first or second quarter 2019. The Receiver, based on meetings with the various counties where the Receivership Estates' assets are located, worked to address the massive tax debt owed by the Defendants, to avoid tax sale foreclosure actions. The Receiver, with the assistance of counsel, undertook an extensive analysis of the taxable values of each of the Receivership Estates' properties, to determine if any tax appeals should be pursued.

B. As of December 31, 2018, the Receiver had cash on hand in three accounts of $685,781.21 (of which $24,853.21 is encumbered) and as of December 31, 2018, had no accrued but unpaid post-receivership administrative expenses (exclusive of the fees of the Receiver and its professionals).

C. Attached as **Exhibit A** is the Balance Sheet, as of December 31, 2018.

D. Attached as **Exhibit B** is the Operating Statement, for the period from March 28, 2017 through December 31, 2018 (the "Operating Statement"), which details each of the Receiver's receipts and disbursements.

D. Attached as **Exhibit C** is a listing of the Receivership Estates' commercial and residential real estate as well as the current land contracts the Receiver is administering. Most of the assets on Exhibit C were set to be sold at tax sale, three days after the Receiver was appointed. The Receiver was initially able to obtain a one-year postponement of those tax sales and subsequently received an additional extension for the properties still in the Receivership Estate going forward.

E. The Receiver, through its counsel, filed with the Court, and the Court ultimately approved, a Motion of Receiver to Establish Claims Procedure (the "Claims Procedure Motion"). Pursuant to the Claims Procedure Motion, the Receiver has afforded all investors and creditors with the opportunity to file a proof of claim and supporting documents, to confirm the amount claimed to be owed by each creditor and investor. A claims resolution process was also incorporated into the Claims Procedure Motion, relating to any disputed claims asserted against the Receivership Estates. The Receiver is working with counsel on the Claims Distribution process and will file its recommendation to the court this quarter. The Receiver will continue to use counsel to assist the Receiver to collect monies owed to the Receivership Estates, primarily from tenants of properties owned by the Receivership Estates.

F. The Receiver has developed a complete list of all known creditors with their addresses and the estimated amount of their claims based on information retrieved from records housed with the IRS. With that information, the Receiver notified all known creditors and investors of the Court approved claims process and provided them with a Proof of Claim form, including instructions on how to complete the form and the necessary backup needed to file a claim. Through the process set forth in the Claims Procedure Motion, the Receiver will be in a position to assign values to each of the creditors' and investors' claims. The process of verifying

claims and assigning values to each claim is ongoing. The Receiver has established a website, where basic receivership information may be obtained: treasurereceiver.com.

   G. The Receiver recommends that the receivership continue. The receivership provides the best mechanism for collection and disposition of the Receivership Estates' assets and the determination and payment of creditor and investor claims.

             Respectfully submitted,

             **Patrick O'Keefe and O'Keefe**
             **and Associates Consulting LLC, Receiver**

Dated: March 1, 2019      By: /s/ Patrick O'Keefe
             Patrick O'Keefe, on behalf of himself and on behalf
             of O'Keefe and Associates Consulting, LLC

## EXHIBIT A

**Balance Sheet**

See attached

5:08 PM  
02/22/19  
Accrual Basis

# Treasure Enterprises, et al
## Balance Sheet
### As of December 31, 2018

|  | Dec 31, 18 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| Cash - Security Deposits | 24,853.21 |
| Checking | 656,051.21 |
| KAM - Checking | 4,876.79 |
| **Total Checking/Savings** | 685,781.21 |
| **Total Current Assets** | 685,781.21 |
| **Fixed Assets** | |
| Commercial Real Estate | 2,000,000.00 |
| Residential Real Estate | 200,000.00 |
| **Total Fixed Assets** | 2,200,000.00 |
| **TOTAL ASSETS** | **2,885,781.21** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| Vendor's Payable (estimated) | 100,000.00 |
| **Total Accounts Payable** | 100,000.00 |
| **Other Current Liabilities** | |
| Investor Loans (estimated) | 9,500,000.00 |
| Security Deposit | -550.00 |
| **Total Other Current Liabilities** | 9,499,450.00 |
| **Total Current Liabilities** | 9,599,450.00 |
| **Total Liabilities** | 9,599,450.00 |
| **Equity** | |
| Opening Balance Equity | -7,167,010.15 |
| Unrestricted Net Assets | -33,000.03 |
| Net Income | 486,341.39 |
| **Total Equity** | -6,713,668.79 |
| **TOTAL LIABILITIES & EQUITY** | **2,885,781.21** |

# EXHIBIT B

## Operating Report

See attached

5:08 PM
02/22/19
Accrual Basis

# Treasure Enterprises, et al
## Profit & Loss
### March 28, 2017 through December 31, 2018

|  | Mar 28, '17 - Dec 31, 18 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Consumers Energy Refund | 333.94 |
| Furniture Sold | 3,387.77 |
| Insurance Refund | 42,987.83 |
| Land Contract Payments | 169,526.88 |
| Other Income | 92.84 |
| Rental Payments | 1,661,364.34 |
| Sale of Commercial Property | 1,425,121.41 |
| **Total Income** | 3,302,815.01 |
| **Expense** | |
| Auto/Truck/Fuel | 9,239.82 |
| Bank Service Charges | 1,234.73 |
| Cleaning Supplies | 36,192.14 |
| Computer and Internet Expenses | 9,349.46 |
| Evictions | 674.40 |
| Insurance Expense | 202,567.62 |
| Miscellaneous | -26,647.33 |
| Mortgage Fee | 113,003.33 |
| Office Supplies | 1,806.32 |
| Outside Services | 255,858.97 |
| Professional Fees | 1,125,884.00 |
| Rent Expense | 72,608.24 |
| Repairs and Maintenance | 449,947.93 |
| Taxes - Property | 54,723.69 |
| Utilities | 543,030.33 |
| **Total Expense** | 2,849,473.65 |
| **Net Ordinary Income** | 453,341.36 |
| **Net Income** | 453,341.36 |

# EXHIBIT C

**List of Real Estate**

See attached

3825802.v1

Treasure Enterprise, LLC Properties
Distribution List
As of February 2, 2019

| Commercial Properties | City | Tax Parcel No. | Asking/Contract Price | Outstanding Taxes (2014-2017) | 2018 Taxes | Est. Expenses of Sale | Estimated Net Proceeds | Status |
|---|---|---|---|---|---|---|---|---|
| 1161 N. Ballenger | Flint | 40-11-157-005 | $ 149,000 | $ 57,718 | $ 12,613 | $ 13,410 | $ 77,872 | |
| 4488 Bristol | Flint Twp. | 07-28-552-007 | 1,099,000 | 134,174 | 33,584 | 98,910 | 865,916 | Under Contract |
| 5508 Calkins | Flint Twp. | 07-08-300-008 | 99,000 | 91,671 | 24,026 | 8,910 | (1,581) | |
| 4128 Clio Rd | Flint | 46-35-307-012 | 199,000 | 153,446 | 21,164 | 17,910 | 27,644 | |
| 2710 W Court | Flint | 40-14-332-027 | 199,000 | 96,970 | 28,260 | 17,910 | 84,120 | |
| 2029 Elms Rd. Bldg. B | Flint Twp. | 07-19-601-002 | 425,000 | 115,406 | 17,635 | 38,250 | 271,344 | |
| 2033 Elms Rd. Bldg. C | Flint Twp. | 07-19-601-003 | 350,000 | 160,397 | 24,605 | 31,500 | 158,103 | Under Contract |
| 3201 Flushing Rd | Flint Twp. | 07-10-526-002 | 49,000 | 9,988 | 2,794 | 4,410 | 34,602 | |
| 3035 Pasadena | Flint Twp. | 07-03-527-076 | 149,000 | 38,317 | 6,814 | 13,410 | 97,273 | |
| 3142 W Pasadena | Mt. Morris Twp. | 14-34-577-011 | 149,000 | 10,736 | 493 | 13,410 | 124,854 | |
| 4215 Pasadena | Flint Twp. | 07-04-200-002 | 125,000 | 50,968 | 9,094 | 11,250 | 62,782 | Under Contract |
| 1174 Robert T Longway | Flint | 41-07-253-020 | 199,000 | 81,094 | 24,588 | 17,910 | 99,996 | Under Contract |
| 1198 Robert T Longway | Flint | 41-07-253-019 | 175,000 | 60,310 | 18,041 | 15,750 | 98,940 | Under Contract |
| 5411 N Saginaw | Mt. Morris Twp. | 14-24-200-024 | 99,000 | 56,446 | 1,403 | 8,910 | 33,644 | |
| 3717 Van Slyke | Flint | 40-24-352-001 | 99,000 | 38,389 | 20,822 | 8,910 | 51,701 | |
| | | | $ 3,564,000.00 | $ 1,156,031.33 | $ 245,935.98 | $ 320,760.00 | $ 2,087,208.67 | |

| Commercial Land Contracts | City | Tax Parcel No. | Payment | Expiration Date | L/C Price | Sold Date | Current Balance as of 2/2/19 | Outstanding Taxes (2014-2017) | 2018 Taxes | Estimated Net Proceeds |
|---|---|---|---|---|---|---|---|---|---|---|
| 3242 Arizona | Flint | 41-04-127-026 | $ 465 | 6/28/2020 | $ 14,900 | 6/29/2016 | $ 7,087 | $ 3,768 | $ 1,403 | $ 3,319 |
| 3166 Comer | Genesee Twp. | 11-34-577-053 | 3,207 | 7/21/2018 | 390,000 | 7/22/2016 | 307,303 | 6,777 | 2,200 | 300,526 |
| 2707 Court | Flint Twp. | 41-08-485-028 | 1,093 | 5/31/2026 | 120,000 | 11/14/2014 | 116,483 | - | 2,697 | 116,483 |
| 3163 Flushing | Flint | 07-10-527-008 | 1,500 | 11/1/2016 | 157,000 | 10/31/2019 | 118,270 | 31,467 | 7,770 | 86,803 |
| 902 Huron | Flint Township | 41-30-151-028 | 750 | 8/1/2019 | 120,000 | 8/1/2015 | 90,256 | - | 0 | 90,256 |
| 3003 Pasadena (3011-3015-3017) | Mt. Morris Township | 07-03-527-001 | 2,700 | 12/31/2020 | 160,000 | 12/8/2015 | 76,429 | 16,221 | 4,771 | 60,208 |
| 4517 N. Saginaw | Flint | 46-36-277-029 | 1,000 | 3/30/2020 | 49,000 | 4/1/2016 | 23,802 | - | 2,857 | 23,802 |
| 5601 N. Saginaw | Flint | 46-25-437-029 | 836 | 6/27/2043 | 100,000 | 6/28/2013 | 89,689 | 97 | 72 | 89,592 |
| | | | | | | | $ 829,319 | $ 58,329 | $ 21,770 | $ 770,990 |

| TE RESIDENTIAL | Parcel | BR | MLS Comparative | Sugg. Listing Price | Total Taxes | Estimated Closing Fees 1300 + Commission 1000 | Total Taxes/Fees Estimated | Profit after listing price | Vacant/ Occupied | Rent | Status | Yearly Gross | Lease Start | 2014 Tax | 2015 Tax | 2016 Tax | 2017 Tax | 2018 Tax |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ARIZONA_1810 | 41-05-129-015 | 2 | $ 4,067.00 | $ 9,000.00 | $ 9,741.04 | $ 2,300.00 | $ 12,041.04 | $ (3,041.04) | OCCUPIED | $ 425.00 | DELINQUENT | $ 5,100.00 | 12/1/2017 | $ 2,622.58 | $ 1,617.43 | $ 999.24 | $ 1,475.65 | $ 3,025.94 |
| AUSTIN AVE_246 | 46-25-257-012 | 2 | 2,802.00 | 7,900.00 | 8,208.12 | 2,300.00 | 8,508.12 | (608.12) | VACANT | | VACANT | | | 2,132.70 | 1,669.05 | 881.40 | 955.19 | 569.78 |
| BAKER_512 W | 40-01-157-020 | 2 | 3,148.00 | 6,000.00 | 2,546.62 | 2,300.00 | 4,846.62 | 1,153.38 | OCCUPIED | 425.00 | CURRENT | 5,100.00 | 7/1/2015 | | | 1,194.13 | 743.23 | 609.26 |
| BERKLEY ST_2205 | 40-11-405-015 | 2 | 5,022.00 | 8,000.00 | 4,940.37 | 2,300.00 | 7,240.37 | 759.63 | OCCUPIED | 400.00 | EVICTION PROCESS | 4,800.00 | | 1,380.70 | 1,245.64 | 1,061.95 | 687.89 | 564.19 |
| BROWNELL_3628 | 46-35-377-005 | 2 | 5,505.00 | 10,000.00 | 8,006.92 | 2,300.00 | 10,306.92 | (906.92) | VACANT | | VACANT | | | 1,745.36 | 1,585.21 | 1,361.89 | 1,215.38 | 2,099.00 |
| COURT_2617 W | 40-14-451-001 | 2 | | 12,000.00 | 6,565.47 | 2,300.00 | 8,865.47 | 3,134.53 | OCCUPIED | 425.00 | EVICTION PROCESS | 5,100.00 | 9/1/2015 | 2,053.97 | 1,529.05 | 1,311.48 | 900.89 | 770.00 |
| DARTMOUTH ST_2402 | 40-02-107-045 | 2 | 7,691.00 | 7,500.00 | 5,273.11 | 2,300.00 | 7,573.11 | (73.11) | OCCUPIED | 350.00 | CURRENT | 4,200.00 | 8/1/2018 | 1,356.86 | 1,256.70 | 1,123.27 | 933.47 | 602.61 |
| GENESEE ST_201 E | 40-01-203-034 | | 2,276.00 | 6,000.00 | 2,866.09 | 2,300.00 | 5,166.09 | 831.91 | VACANT | | VACANT | | | | 1,020.18 | 863.29 | 516.47 | 466.15 |
| GRATIOT AVE_3719 | 40-14-157-019 | 2 | 29,986.00 | 18,500.00 | 10,865.16 | 2,300.00 | 13,165.16 | 5,334.84 | VACANT | | EVICTION PROCESS | | | 1,859.04 | 1,607.86 | 1,778.86 | 3,297.28 | 2,322.12 |
| GRATIOT AVE_3730 | 49-14-157-014 | 3 | 27,951.00 | 18,000.00 | 9,211.28 | 2,300.00 | 11,511.28 | 7,488.72 | OCCUPIED | 450.00 | CURRENT | 5,400.00 | 8/1/2018 | 2,151.89 | 1,953.02 | 1,778.86 | 1,299.66 | 2,027.65 |
| GREENLAWN DR_4705 | 46-35-130-034 | 3 | 5,000.00 | 10,500.00 | 9,596.83 | 2,300.00 | 11,896.83 | (1,396.83) | OCCUPIED | 425.00 | CURRENT | 5,100.00 | 4/2/2018 | 2,343.11 | 2,544.00 | 1,300.43 | 2,121.82 | 1,207.47 |
| HARDING_1095 | 12-05-553-110 | 2 | 38,750.00 | 15,000.00 | 5,418.28 | 2,300.00 | 7,718.28 | 7,281.72 | OCCUPIED | 400.00 | DELINQUENT | 4,800.00 | 4/1/2014 | 1,380.70 | 1,946.71 | 1,951.49 | 1,520.09 | |
| JEAN AVE_1322 | 40-12-158-006 | | 6,786.00 | 10,000.00 | 6,608.21 | 2,300.00 | 8,908.21 | 1,091.79 | OCCUPIED | 475.00 | CURRENT | 5,700.00 | 10/1/2016 | 1,832.89 | 1,599.71 | 1,373.71 | 953.95 | 847.95 |
| LESLIE DR_5416 | 46-26-380-010 | | | 12,000.00 | 7,357.70 | 2,300.00 | 9,657.70 | 2,342.30 | OCCUPIED | 550.00 | CURRENT | 6,600.00 | 3/7/2016 | 1,961.92 | 1,771.17 | 1,524.73 | 1,199.62 | 900.26 |
| McCLELLAN_2006 | 49-02-105-033 | 3 | 6,605.00 | 10,000.00 | 6,055.78 | 2,300.00 | 8,355.78 | 1,644.22 | OCCUPIED | 500.00 | EVICTION PROCESS | 6,000.00 | | 1,648.92 | 1,491.71 | 1,278.84 | 872.87 | 763.64 |
| OXLEY DR_1708 | 46-26-377-038 | 3 | 7,169.00 | 14,000.00 | 7,607.10 | 2,300.00 | 9,907.10 | 4,092.90 | OCCUPIED | 550.00 | CURRENT | 6,600.00 | 5/1/2016 | 1,630.98 | 1,048.18 | 1,524.73 | 1,597.80 | 1,805.41 |
| PARKFRONT_1814 | 49-02-126-054 | 3 | 6,490.00 | 12,500.00 | 6,436.21 | 2,300.00 | 8,736.21 | 3,261.79 | OCCUPIED | 550.00 | CURRENT | 6,600.00 | 11/10/2017 | 1,451.25 | 1,314.07 | 1,460.72 | 1,197.71 | 1,006.46 |
| PATERSON ST_1613 W | 40-02-454-002 | | | 12,500.00 | 6,676.40 | 2,300.00 | 9,176.40 | 2,823.60 | OCCUPIED | 550.00 | DELINQUENT | 6,600.00 | 11/1/2014 | 1,893.65 | 1,706.98 | 1,468.20 | 1,034.65 | 782.94 |
| PEACHTREE_1270 | 14-13-577-021 | 2 | 6,011.00 | 10,000.00 | 5,347.35 | 2,300.00 | 7,647.35 | 2,092.65 | OCCUPIED | 400.00 | EVICTION PROCESS | 4,800.00 | 8/1/2018 | 1,690.94 | 1,546.39 | 1,226.24 | 779.78 | 102.00 |
| Proctor_2626 | 40-02-281-008 | 4 | 5,528.00 | 10,000.00 | 5,235.18 | 2,300.00 | 7,535.18 | 2,464.82 | OCCUPIED | Section 8 | EVICTION PROCESS | | | 1,447.71 | 1,307.18 | 1,115.87 | 720.80 | 643.54 |
| PROSPECT ST_1412 | 40-12-303-023 | 2 | 3,962.00 | 6,500.00 | 2,681.27 | 2,300.00 | 4,981.27 | 1,518.73 | OCCUPIED | 300.00 | CURRENT | 3,600.00 | 8/1/2017 | | 964.90 | 814.99 | 477.13 | 424.25 |
| PROSPECT_2017 | 40-10-230-007 | 3 | 7,967.00 | 10,000.00 | 8,174.46 | 2,300.00 | 10,474.46 | (474.46) | OCCUPIED | 350.00 | EVICTION PROCESS | 4,200.00 | 1/1/2016 | 1,559.48 | 1,408.01 | 1,203.00 | 1,515.27 | 2,488.70 |
| ROBIN_3506 | 46-36-383-005 | 3 | 5,144.00 | 9,000.00 | 7,192.66 | 2,300.00 | 9,492.66 | (492.66) | OCCUPIED | 475.00 | EVICTION PROCESS | 5,700.00 | 7/1/2017 | 1,816.61 | 1,645.50 | 1,451.03 | 1,230.19 | 1,049.33 |
| Ryanbrook_4229 | 59-27-751-255 | | | 9,000.00 | 3,710.22 | 2,300.00 | 6,010.22 | 2,989.78 | OCCUPIED | 395.00 | DELINQUENT | 4,740.00 | 7/1/2014 | 1,534.38 | 1,288.39 | 887.45 | | |
| TRUMBULL AVE_3527 | 40-02-180-027 | 2 | 5,618.00 | 12,500.00 | 6,096.58 | 2,300.00 | 8,396.58 | 3,603.42 | OCCUPIED | 525.00 | CURRENT | 6,300.00 | 6/1/2017 | 1,682.42 | 1,519.02 | 1,302.60 | 893.21 | 699.33 |
| WINONA ST_4106 | 46-35-327-007 | 3 | 13,021.00 | 14,000.00 | 10,049.47 | 2,300.00 | 12,349.47 | 1,650.53 | OCCUPIED | 450.00 | CURRENT | 5,400.00 | 2/1/2017 | 3,049.37 | 1,668.27 | 2,858.37 | 1,337.99 | 1,141.47 |
| WINTHROP BLVD_5418 | 46-26-477-006 | 3 | 6,693.00 | 10,500.00 | 6,078.44 | 2,300.00 | 8,378.44 | 1,921.56 | OCCUPIED | 425.00 | CURRENT | 5,100.00 | 8/1/2018 | 2,052.13 | 1,397.00 | 1,160.46 | 790.37 | 688.48 |
| WOLCOTT ST_2110 | 40-11-281-029 | 2 | 4,105.00 | 8,500.00 | 5,354.67 | 2,300.00 | 7,654.67 | 1,345.33 | OCCUPIED | 300.00 | EVICTION PROCESS | 3,600.00 | 2/1/2017 | | 1,285.72 | 1,149.81 | 989.94 | 1,928.20 |
| WOLCOTT_3602 | 40-11-108-012 | 3 | | 10,000.00 | 5,677.50 | 2,300.00 | 7,977.50 | 2,022.50 | OCCUPIED | 575.00 | CURRENT | 6,900.00 | 8/1/2018 | 1,570.69 | 1,418.12 | 1,211.86 | 780.72 | 696.11 |
| Totals | | | | $ 309,900.00 | $ 187,782.49 | $ 66,700.00 | $ 254,482.49 | $ 55,417.51 | | $ 10,670.00 | $ - | $ 128,040.00 | | $ 44,463.55 | $ 42,346.13 | $ 38,626.80 | $ 32,041.21 | $ 30,312.80 |
| First American Title Fees to Seller | | | | | | | | | | | | | | | | | | |
| Closing Fees | 425 | | | | | | | | | | | | | | | | | |
| Owners Premium | 525 | | | | | | | | | | | | | | | | | |
| Recording fee | 150 | | | | | | | | | | | | | | | | | |
| Sales tax transfer avel. | 200 | | | | | | | | | | | | | | | | | |
| | 1300 | | | | | | | | | | | | | | | | | |

| | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BARTH ST_2306 | 40-11-252-017 | 2 | 4,453.00 | 5,000.00 | | | 2,300.00 | 3,600.00 | VACANT | | | | | | | | | |
| RASKOB ST_2217 | 40-11-406-015 | 3 | 11,059.00 | 9,000.00 | | | 2,300.00 | 6,700.00 | VACANT | | | | | | | | | |
| RUSSELL_305 E. | | | | 10,000.00 | | | 2,300.00 | 7,700.00 | VACANT | | | | | | | | | |

Treasure Enterprise
Residential Land Contract
Pricing
As of February 2, 2019

| Land Contracts | Payment | Expiration Date | L/C Price | Sold Date | Current Balance as of 2/1/2019 | Outstanding Taxes (2014-2017) | 2018 Taxes | Estimated Net Proceeds | | Status/Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 3014 BARTH | Bankruptcy | 4/10/2024 | $ 20,000 | 4/28/2014 | $ 11,561 | $ 3,992 | $ 327 | $ | 7,242 | Bankruptcy |
| 1908 DARTMOUTH | 500.00 | 10/31/2022 | $ 30,000 | 10/3/2012 | 13,365 | 6,283 | 743 | $ | 6,339 | Delinquent |
| 2111 DARTMOUTH | 525.00 | | $ 10,000 | 1/30/2017 | 962 | 6,676 | 1,050 | $ | (6,775) | Current |
| 201 W EDDINGTON AVE | 360.00 | 3/30/2021 | $ 25,000 | 3/30/2011 | 18,974 | 1,434 | 445 | $ | 17,094 | Current |
| 2531 FLUSHING RD | 375.00 | 3/17/2020 | $ 39,000 | 3/16/2011 | 16,554 | 3,083 | 587 | $ | 12,885 | Current |
| 1450 FOREST HILL AVE | 536.79 | 2/15/2021 | $ 65,000 | 2/15/2011 | 33,879 | 2,311 | 779 | $ | 30,790 | Delinquent |
| 708 S FRANKLIN AVE | 656.34 | 11/1/2030 | $ 90,000 | 10/28/2010 | 58,970 | 8,484 | 1,302 | $ | 49,184 | Current |
| 1827 GILMARTIN ST | 464.90 | 1/1/2030 | $ 44,000 | 10/28/2011 | 4,859 | 5,387 | 745 | $ | (1,273) | Current |
| 1713 GRIGGS DR | 1,130.70 | 7/31/2018 | $ 23,000 | 4/21/2016 | 218 | 6,958 | 1,910 | $ | (8,650) | Current |
| 3087 HATHERLY AVE | 592.29 | 11/10/2030 | $ 69,000 | 11/10/2010 | 61,847 | 11,306 | 236 | $ | 50,306 | In default, sent to attorney for foreclosure action |
| 205 W LINSEY BLVD | 325.32 | 7/5/2022 | $ 20,000 | 7/5/2012 | 5,893 | 2,568 | 480 | $ | 2,845 | Current |
| 2521 MALLERY | 320.00 | 8/4/2020 | $ 19,000 | 8/5/2012 | 6,112 | 4,664 | 1,190 | $ | 257 | Current |
| 3279 MARTHAROSE CT | 785.91 | 10/31/2023 | $ 69,000 | 12/12/2012 | 69,580 | 11,792 | 301 | $ | 57,487 | In default, sent to attorney for foreclosure action |
| 3901 RACE ST | 423.81 | 3/31/2024 | $ 20,000 | 3/7/2016 | 15,671 | 6,102 | 2,294 | $ | 7,275 | In default, sent to attorney for foreclosure action |
| 3020 RAYWOOD ST | 272.36 | 3/1/2020 | $ - | 3/1/2010 | 6,821 | 5,841 | 145 | $ | 834 | Current |
| | | | | | $ 325,255.85 | $ 86,881.19 | $ 12,534.26 | $ 225,840.40 | | |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

      Plaintiff,

v.

TREASURE ENTERPRISE LLC,            No. 17-cv-10963
PATRICIA ENRIGHT GRAY and LARRY   Hon. Marianne O.  Battani
ALLEN HOLLEY

      Defendants,

and

KINGDOM ASSET MANAGEMENT LLC
and CARLEEN RENEE HOLLEY,

      Relief Defendants

_____/

**CERTIFICATE OF SERVICE REGARDING
<u>RECEIVER'S FIRST QUARTERLY STATUS REPORT</u>**

I hereby certify that a copy of the Receiver's Second Quarterly Status Report and Certificate of Service were served upon all counsel of record on March 1, 2018 using the Court's CM/ECF filing system.

                                    <u>/s/ Deon M. Goldberg</u>

3825802.v1