UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

      Plaintiff,

v.

TREASURE ENTERPRISE LLC,
PATRICIA ENRIGHT GRAY and LARRY
ALLEN HOLLEY

      Defendants,

and

KINGDOM ASSET MANAGEMENT LLC
and CARLEEN RENEE HOLLEY,

      Relief Defendants.

Case No. 17-cv-10963
Hon. Matthew F. Leitman

_____/

## ORDER GRANTING RECEIVER'S MOTION FOR
## ORDER AUTHORIZING FIRST DISTRIBUTION TO CREDITORS AND
## TO CORRECT ALLOWED AMOUNT AS TO FIVE CREDITORS

Patrick O'Keefe and O'Keefe and Associates Consulting, LLC (the "Receiver"), through their counsel, Jaffe, Raitt, Heuer & Weiss, P.C. having filed its Motion for Order Authorizing First Distribution to Creditors and to Correct Allowed Amount as to Five Creditors [Doc. No. 189] (the "Motion"), notice of the Motion having been given to all known creditors, a hearing having been held on

4668327

2

April 23, 2020 at 9:30 a.m., no objections having been filed or asserted and the Court being otherwise fully advised in the premises:

NOW, THEREFORE, it is hereby ordered that the Motion is granted.

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: April 24, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 24, 2020, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764

2

4668327