UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

      Plaintiff,

v.

TREASURE ENTERPRISE LLC,
PATRICIA ENRIGHT GRAY and LARRY
ALLEN HOLLEY

      Defendants,

and

KINGDOM ASSET MANAGEMENT LLC
and CARLEEN RENEE HOLLEY,

      Relief Defendants.

_____/

Case No. 17-cv-10963
Hon. Matthew F. Leitman

**ORDER GRANTING MOTION FOR ENTRY OF
ORDER GRANTING RELIEF FROM THE STAY TO
PERMIT TAX FORECLOSURES TO PROCEED AGAINST
CERTAIN PROPERTIES OF THE RECEIVERSHIP ESTATES**

This matter having come before the Court upon the *Motion for Entry of Order Granting Relief from the Stay to Permit Tax Foreclosures to Proceed Against Certain Properties of the Receivership Estates* (the "Motion") filed by O'Keefe & Associates Consulting, LLC and Patrick O'Keefe (the "Receiver"); due and sufficient notice having been given; no objections to the relief requested in the

Motion having been filed or asserted; and the Court being fully advised in the premises:

**THE COURT HEREBY FINDS THAT:**

A. This Court has jurisdiction over this action pursuant to Section 22 of the Securities Act of 1933 [15 U.S.C. § 77a *et seq.*] and Section 27 of the Securities Exchange Act of 1934 [15 U.S.C. § 78a *et seq.*] (the "Exchange Act").

B. Venue is proper in this Court pursuant to Section 27 of the Exchange Act.

C. The Receiver is the duly appointed receiver pursuant to this Court's *Sealed Order Appointing Receiver* [Docket No. 10] entered on March 28, 2017 (the "Receivership Order").

**NOW, THEREFORE, IT IS ORDERED AND ADJUDGED THAT:**

1. The Motion is GRANTED in its entirety.

2. The Genesee County Treasurer is hereby permitted to proceed with the tax foreclosure process related to the Commercial Properties and the Residential Properties (as those terms are defined in the Motion).

3. The provisions of Paragraph 30 of the Receivership Order, that enjoined all persons with notice of the Receivership Order from taking any action to interfere with, hinder, obstruct or dissipate any Receivership Property, including enforcing any lien, are modified to permit the Genesee County Treasurer to

4790576

proceed with the tax foreclosure process related to the Commercial Properties and the Residential Properties.

4. The provisions of Paragraph 33 of the Receivership Order, which imposed a stay of all proceedings against any Receivership Property, including foreclosure actions, is hereby modified to permit the Genesee County Treasurer to proceed with the tax foreclosure process related to the Commercial Properties and the Residential Properties.

**IT IS SO ORDERED.**

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: April 24, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 24, 2020, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764

3

4790576