UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

    Plaintiff,

v.

TREASURE ENTERPRISE LLC,
PATRICIA ENRIGHT GRAY and LARRY
ALLEN HOLLEY,

    Defendants,

and

KINGDOM ASSET MANAGEMENT LLC
and CARLEEN RENEE HOLLY,

    Relief Defendants.
_____/

Case No. 17-cv-10963
Hon. Matthew F. Leitman

### ORDER GRANTING FIFTH INTERIM APPLICATION OF JEREMY R.M. PIPER, PLC FOR FEES AND EXPENSES FOR SERVICES RENDERED AS SPECIAL COUNSEL TO THE RECEIVER

Upon the Fifth Interim Application of Jeremy R.M. Piper, PLC ("Piper") for Fees and Expenses for Services Rendered as Special Counsel to the Receiver ("Application") seeking this Court's approval of fees and expenses for the period of June 5, 2019 through January 31, 2020, and the Court being fully advised in the premises;

IT IS ORDERED that:

A.   Piper's fees for the period of June 5, 2019 through January 31, 2020 are allowed in the amount of $2,050.00 and the Receiver is authorized to pay the fees.

B.   Piper's expenses for the period of June 5, 2019 through January 31, 2020, are allowed in the amount of $660.00 and the Receiver is authorized to pay the expenses.

/s/Matthew F. Leitman  
MATTHEW F. LEITMAN  
UNITED STATES DISTRICT JUDGE

Dated:  May 7, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 7, 2020, by electronic means and/or ordinary mail.

s/Holly A. Monda  
Case Manager  
(810) 341-9764
