UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

      Plaintiff,

v.

TREASURE ENTERPRISE LLC,
PATRICIA ENRIGHT GRAY and LARRY
ALLEN HOLLEY,

      Defendants,

and

KINGDOM ASSET MANAGEMENT LLC
and CARLEEN RENEE HOLLY,

      Relief Defendants.

Case No. 17-cv-10963
Hon. Matthew F. Leitman

_____/

## ORDER GRANTING SEVENTH INTERIM APPLICATION OF PATRICK O'KEEFE AND O'KEEFE & ASSOCIATES CONSULTING LLC FOR FEES AND EXPENSES FOR SERVICES RENDERED AS RECEIVER

Upon the Seventh Interim Application of Patrick O'Keefe and O'Keefe & Associates Consulting LLC ("O'Keefe") for Fees and Expenses for Services Rendered as Receiver ("Application) seeking this Court's approval of fees and expenses for the period of January 1, 2019 through January 31, 2020, and the Court being fully advised in the premises;

IT IS ORDERED that:

A.   O'Keefe's fees for the period of January 1, 2019 through January 31, 2020 are allowed in the amount of $253,400.50 and the Receiver is authorized to pay the fees.

B.   O'Keefe's expenses for the period of January 1, 2019 through January 31, 2020, are allowed in the amount of $6,984.53 and the Receiver is authorized to pay the expenses.

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  May 7, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 7, 2020, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764