## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

        Plaintiff,

v.

TREASURE ENTERPRISE LLC,
PATRICIA ENRIGHT GRAY and LARRY
ALLEN HOLLEY,

        Defendants,

and

KINGDOM ASSET MANAGEMENT LLC
and CARLEEN RENEE HOLLY,

        Relief Defendants.

Case No. 17-cv-10963
Hon. Matthew F. Leitman

_____/

### ORDER GRANTING SEVENTH INTERIM APPLICATION OF JAFFE RAITT HEUER & WEISS, P.C. FOR FEES AND EXPENSES FOR SERVICES RENDERED AS COUNSEL TO THE RECEIVER

Upon the Seventh Interim Application of Jaffe Raitt Heuer & Weiss, P.C. ("Jaffe") for Fees and Expenses for Services Rendered as Counsel to the Receiver ("Application) seeking this Court's approval of fees and expenses for the period of January 1, 2019 through January 31, 2020, and the Court being fully advised in the premises;

IT IS ORDERED that:

A.      Jaffe's fee for the period of January 1, 2019 through January 31, 2020 are

allowed in the amount of $166,640.50 and the Receiver is authorized to pay the fees.

B.      Jaffe's expenses for the period of January 1, 2019 through January 31,

2020, are allowed in the amount of $5,176.06 and the Receiver is authorized to pay

the expenses.

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  May 7, 2020


I hereby certify that a copy of the foregoing document was served upon the parties
and/or counsel of record on May 7, 2020, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764