UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

    Plaintiff,

v.

TREASURE ENTERPRISES LLC, *et al.*,

    Defendants.
_____/

Case No. 17-cv-10963
Hon. Matthew F. Leitman

### ORDER DENYING MOTION TO COMPEL PURCHASER TO CLOSE ON SALE OF 4488 BRISTOL ROAD, FLINT TOWNSHIP, MICHIGAN (ECF No. 225)

On December 9, 2020, the Court held a video hearing on a motion filed by the Receiver in this action to compel the purchase of a piece of real property in Flint Township, Michigan. (*See* Mot., ECF No. 225.)  For the reasons stated on the record during the motion hearing, the motion is **DENIED WITHOUT PREJUDICE**.

By **January 25, 2021**, the Receiver shall file a supplemental memorandum with the Court that explains why the Court has subject matter jurisdiction over the Receiver's request to compel the purchase of the Flint Township property.  The purchaser, Highland Properties of Michigan LLC, may file a response to the Receiver's supplemental brief by **February 22, 2021**.  Following the submission of these briefs, the Court will determine whether it has subject matter jurisdiction over

1

the Receiver's request. If the Court concludes that subject matter jurisdiction does exist, it will convene a status conference with counsel to discuss a discovery schedule.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
Dated: December 9, 2020        UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 9, 2020, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764