UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

    Plaintiff,                                              Case No. 17-cv-10963
                                                                    Hon. Matthew F. Leitman

v.

TREASURE ENTERPRISES LLC, *et al.*,

    Defendants.
_____/

## ORDER DENYING MOTION FOR SUMMARY JUDGMENT (ECF No. 240) AND SETTING DISCOVERY PERIOD.

On July 1, 2021, the Court held a hearing on the Motion for Summary Judgment filed by Receiver Patrick O'Keefe and O'Keefe & Associates Consulting, LLC (ECF No. 240.) For the reasons stated on the record, the motion is **DENIED.**

As the Court further explained on the record, the parties shall have until October 1, 2021, to conduct discovery. The Court will hold a status conference with the parties in roughly 120 days to discuss post-discovery steps.

**IT IS SO ORDERED**.

                                            s/Matthew F. Leitman
                                            MATTHEW F. LEITMAN
                                            UNITED STATES DISTRICT JUDGE

Dated: July 1, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 1, 2021, by electronic means and/or ordinary mail.

        s/Holly A. Monda
        Case Manager
        (810) 341-9764