UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

    Plaintiff,

v.

TREASURE ENTERPRISES LLC, *et al.*,

    Defendants.

Case No. 17-cv-10963
Hon. Matthew F. Leitman

_____/

## ORDER DIRECTING COUNSEL FOR RECEIVER TO SERVE AMENDED MOTION FOR AUTHORITY TO SELL REAL ESTATE (ECF No. 256) AND NOTICE OF HEARING (ECF No. 258)

On March 30, 2022, the Receiver in this action, Patrick O'Keefe and O'Keefe & Associates Consulting, LLC, filed an amended motion for authority to sell real estate located at 2029 S. Elms Road in Schwartz Creek, Michigan. (*See* Am. Mot., ECF No. 256.) The Court has set a Zoom video hearing on the motion for April 14, 2022, at 11:00 a.m. (*See* Notice of Hearing, ECF No. 258.)

By no later than **April 6, 2022**, counsel for the Receiver shall serve upon Ms. Harris and/or her counsel:

- The Receiver's amended motion (ECF No. 256);
- The Notice of Hearing (ECF No. 258); and
- This order.

In addition, by no later than **April 6, 2022**, counsel for the Receiver shall file a proof of service with the Court certifying that counsel has served Ms. Harris and/or her counsel as directed in this order.

**IT IS SO ORDERED.**

s/Matthew F. Leitman  
MATTHEW F. LEITMAN  
UNITED STATES DISTRICT JUDGE

Dated: April 4, 2022

    I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 4, 2022, by electronic means and/or ordinary mail.

s/Holly A. Ryan  
Case Manager  
(313) 234-5126