UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

       Plaintiff,

v.

TREASURE ENTERPRISE LLC,
PATRICIA ENRIGHT GRAY and LARRY
ALLEN HOLLEY

       Defendants,

and

KINGDOM ASSET MANAGEMENT LLC
and CARLEEN RENEE HOLLEY,

       Relief Defendants.

Case No. 17-cv-10963
Hon. Matthew F. Leitman

---

### ORDER GRANTING MOTION OF RECEIVER TO AUTHORIZE DISCOUNTED PAYOFF OF LAND CONTRACT AND TRANSFER OF TITLE FOR PROPERTY LOCATED AT 5601 N. SAGINAW, FLINT, MICHIGAN

This matter having come before the Court upon the *Motion of Receiver to Authorize Discounted Payoff of Land Contract and Transfer of Title for Property Located at 5601 N. Saginaw, Flint, Michigan* (the "Motion") filed by O'Keefe & Associates Consulting, LLC and Patrick O'Keefe (the "Receiver"); due and sufficient notice having been given; no objections to the relief requested in the

Motion having been filed, or all such objections having been overruled; and the Court being fully advised in the premises:

**THE COURT HEREBY FINDS THAT:**

A. This Court has jurisdiction over this action pursuant to Section 22 of the Securities Act of 1933 [15 U.S.C. § 77a *et seq.*] and Section 27 of the Securities Exchange Act of 1934 [15 U.S.C. § 78a *et seq.*] (the "Exchange Act").

B. Venue is proper in this Court pursuant to Section 27 of the Exchange Act.

C. The Receiver is the duly appointed receiver pursuant to this Court's *Sealed Order Appointing Receiver* [Docket No. 10] entered on March 28, 2017 (the "Receivership Order").

D. Pursuant to Paragraph 7 of the Receivership Order, the Receiver was authorized:

> To use reasonable efforts to determine the nature, location and value of all property interests of Receivership Defendants, including, but not limited to, monies, funds, effects, goods, chattels, lands, premises, leases, claims, rights and other assets, together with all rents, profits, dividends, interest or other income attributable thereto, of whatever kind, **which Receivership Defendants own, possess, have a beneficial interest in, or control directly or indirectly** ("Receivership Property" or, collectively, the "Receivership Estates") (emphasis added).

**NOW, THEREFORE, IT IS ORDERED AND ADJUDGED THAT:**

1. The Motion is GRANTED in its entirety.

2. Terms not defined herein shall have the meaning set forth in the Motion.

3. The Receiver is authorized to accept the Purchase Price, in full settlement of the amounts due under the Land Contract and to close under the Purchase Agreement.

4. The Purchaser is to assume and pay all outstanding taxes and assessments, transfer taxes, closing fees and title costs related to the Property. No real estate commission is owing on this transaction. The receivership estate will receive the Purchase Price, without deduction, at the closing.

5. The Receiver is authorized to execute such documents as the title company may require to transfer the receivership estate's interest in the Property to the Purchaser and to enable the title company to issue the title policy to the Purchaser.

**IT IS SO ORDERED.**

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: March 13, 2023

4

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 13, 2023, by electronic means and/or ordinary mail.

                                                s/Holly A. Ryan
                                                Case Manager
                                                (313) 234-5126