# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

       Plaintiff,

v.

TREASURE ENTERPRISE LLC,
PATRICIA ENRIGHT GRAY and LARRY
ALLEN HOLLEY

       Defendants,

and

KINGDOM ASSET MANAGEMENT LLC
and CARLEEN RENEE HOLLEY,

       Relief Defendants.

Case No. 17-cv-10963
Hon. Matthew F. Leitman

_____/

## ORDER GRANTING MOTION OF RECEIVER TO SURCHARGE SECURED CREDITORS FOR THE COSTS AND EXPENSES OF PRESERVING AND DISPOSING OF REAL PROPERTY (AS TO ALL PARTIES OTHER THAN THE GENESEE COUNTY TREASURER)

Patrick O'Keefe and O'Keefe & Associates Consulting, LLC (collectively, the "Receiver"), having previously filed and properly served the *Motion of Receiver to Surcharge Secured Creditors for the Costs and Expenses of Preserving and Disposing of Real Property* [ECF No. 281], as amended by the *Amendment to Motion of Receiver to Surcharge Secured Creditors for the Costs and Expenses of*

*Preserving and Disposing of Real Property* [ECF No. 288] (collectively, the "Surcharge Motion"), the Receiver having resolved all issues with the Genesee County Treasurer (the "Treasurer") but all other named parties (Premier Mortgage, American Building Company and the State of Michigan) not having responded to, or otherwise defended, the Surcharge Motion, a hearing having been held on October 10, 2023 at which only the Treasurer appeared and defended, and the Court being otherwise advised in the premises.

NOW, THEREFORE, it is hereby ordered as follows:

1. As to 3169 Beecher, Flint, Michigan, a surcharge against Premier Mortgage, in the amount of $107,370.47, and against American Building Company, in the amount of $10,912.67, is hereby imposed.

2. As to 4403 Clio, Flint, Michigan, a surcharge against the State of Michigan, in the amount of $3,063.02, is hereby imposed.

3. As to 6059 Brookstone, Flint, Michigan, a surcharge against Premier Mortgage, in the amount of $114,190.78, is hereby imposed.

s/Matthew F. Leitman  
MATTHEW F. LEITMAN  
UNITED STATES DISTRICT JUDGE

Dated: January 17, 2024

3

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 17, 2024, by electronic means and/or ordinary mail.

                                                s/Holly A. Ryan
                                                Case Manager
                                                (313) 234-5126