UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

       Plaintiff,

v.

TREASURE ENTERPRISE LLC,
PATRICIA ENRIGHT GRAY and LARRY
ALLEN HOLLEY

       Defendants,

and

KINGDOM ASSET MANAGEMENT LLC
and CARLEEN RENEE HOLLY,

       Relief Defendants

Case No. 17-cv-10963
Hon. Matthew F. Leitman

_____/

**ORDER GRANTING PLAINTIFF UNITED STATES SECURITIES
AND EXCHANGE COMMISSION'S MOTION FOR ENTRY OF FINAL
JUDGMENTS AGAINST ALL DEFENDANTS AND RELIEF
<u>DEFENDANTS</u>**

This matter coming to be heard on Plaintiff United States Securities and Exchange Commission's Motion for Entry of Final Judgments against Defendants Treasure Enterprise LLC, Patricia Enright Gray and Larry Allan Holley; and Relief Defendants Kingdom Asset Management LLC and Carleen Renee Holly, proper notice having been given, no opposition having been made by any of the aforementioned parties, and the Court being advised of such in the premises, the

Motion is granted for the reasons set forth in the SEC's Motion and Memorandum in Support Thereof. Final Judgments shall be entered in conformity with the relief sought in the Motion.

                                                    s/Matthew F. Leitman
                                                    MATTHEW F. LEITMAN
                                                    UNITED STATES DISTRICT JUDGE

Dated:  February 5, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 5, 2024, by electronic means and/or ordinary mail.

                                                    s/Holly A. Ryan
                                                    Case Manager
                                                    (313) 234-5126