UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

      Plaintiff,

v.

TREASURE ENTERPRISE LLC,
PATRICIA ENRIGHT GRAY and LARRY
ALLEN HOLLEY

      Defendants,

and

KINGDOM ASSET MANAGEMENT LLC
and CARLEEN RENEE HOLLY,

      Relief Defendants
_____/

Case No. 17-cv-10963
Hon. Matthew F. Leitman

**FINAL JUDGMENT AS TO RELIEF DEFENDANT
<u>KINGDOM ASSET MANAGEMENT LLC</u>**

The Securities and Exchange Commission having filed a Complaint and Relief Defendant Kingdom Asset Management LLC ("Relief Defendant") having entered a general appearance; consented to the Court's jurisdiction over Relief Defendant and the subject matter of this action; waived findings of fact and conclusions of law; and waived any right to appeal from this Final Judgment:

I.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Relief Defendant is liable for disgorgement of $35,816 and prejudgment interest of $2,553, representing ill-gotten gains resulting from the conduct alleged in the Complaint, all of which is deemed satisfied by the Court-Appointed Receiver's collection and distribution of receivership funds to investors.

II.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

                KINIKIA ESSIX
                CLERK OF COURT

        By:    s/Holly A. Ryan
                Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: February 5, 2024
Detroit, Michigan