UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

    Plaintiff,

v.

TREASURE ENTERPRISES LLC, *et al.*,

    Defendants.

_____/

Case No. 17-cv-10963
Hon. Matthew F. Leitman

## ORDER (1) DENYING WITHOUT PREJUDICE RECEIVER'S MOTION FOR SURCHARGE AS AGAINST PREMIUM HOMES REALTY, LLC (ECF No. 281) and (2) REFERRING RECEIVER AND PREMIUM HOMES REALTY, LLC TO A SETTLEMENT CONFERENCE BEFORE MAGISTRATE JUDGE CURTIS IVY

On June 12, 2024, the Court held a hearing on the portion of the Receiver's Motion for a Surcharge that related to the Receiver's claimed surcharge against Premium Homes Realty, LLC. For the reasons stated on the record, **IT IS HERBEY ORDERED** as follows:

1. The motion is **DENIED WITHOUT PREJUDICE** to the extent that it seeks to recover a surcharge from Premium Homes Realty, LLC.

2. This matter is **REFERRED** to Magistrate Judge Curtis Ivy for the purpose of conducting a settlement conference concerning the dispute between the

1

Receiver and Premium Homes Realty, LLC over the Receiver's claimed surcharge against Premium Homes Realty, LLC.

3. If the dispute over the claimed surcharge is not settled before Magistrate Judge Ivy, then the parties should notify the Court that the matter did not settle, and the Court will convene a status conference to discuss next steps, including possible discovery.

**IT IS SO ORDERED.**

Dated: June 12, 2024

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 12, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126