## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

       Plaintiff,

v.

TREASURE ENTERPRISE LLC,
PATRICIA ENRIGHT GRAY and LARRY
ALLEN HOLLEY

       Defendants,

and

KINGDOM ASSET MANAGEMENT LLC
and CARLEEN RENEE HOLLEY,

       Relief Defendants

Case No. 17-cv-10963
Hon. Matthew F. Leitman

_____/

### ORDER APPROVING FINAL APPLICATION OF PATRICK O'KEEFE AND PROVINCE, LLC F/K/A O'KEEFE AND ASSOCIATES CONSULTING, LLC FOR FEES AND EXPENSES FOR SERVICES RENDERED AS RECEIVER

This matter having come on for hearing with respect to the *Final Application of Patrick O'Keefe and Province, LLC f/k/a O'Keefe and Associates Consulting, LLC for Fees and Expenses for Services Rendered as Receiver* (the "Motion"), notice to all know creditors and parties in interest having been given, oral argument having been heard, and the Court being otherwise fully advised in the premises.

**NOW, THEREFORE, IT IS HEREBY ORDERED** that the Motion is granted.

**IT IS FUTHER ORDERED** that Patrick O'Keefe and Province, LLC f/k/a O'Keefe and Associates Consulting, LLC (the "<u>Receiver</u>") are awarded final fees in this matter in the amount of $473,273.07 and reimbursement of costs in the amount of $13,497.79.

**IT IS FURTHER ORDERED** that the Receiver is authorized to pay the amounts authorized hereunder to the Receiver, in a manner pro-rata with the final fees approved by this Court with respect to the *Final Application of Taft, Stettinius & Hollister LLP for Fees and Expenses for Services Rendered as Counsel to the Receiver*, from the remaining funds in this Receivership Estate.

**IT IS SO ORDERED**.

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  July 27, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 27, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager

2

301493200v1